# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ANTHONY RAY THOMPSON,

      Petitioner

      v.

COMMONWEALTH OF
PENNSYLVANIA'S JUDICIARY COURT
OF COMMON PLEAS OF CAMBRIA
COUNTY, EBENSBURG, PA AND
PENNSYLVANIA DEPARTMENT OF
CORRECTIONS,

      Respondents

:   No. 172 WM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2019, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Habeas Corpus, the Motion for Hearing, and the Motion for Order of Contempt and Motion for Order of Judgment are DENIED.